JOHANNA VATTER, RESPONDENT, v. WILLIAM T. KALTEN-
BACH, SUPERINTENDENT OF BUILDINGS OF THE
CITY OF ELIZABETH, APPELLANT.

A. G. CONSTRUCTION COMPANY, RESPONDENT, v. WIL-
LIAM T. KALTENBACH, SUPERINTENDENT OF BUILD-
INGS OF THE CITY OF ELIZABETH, APPELLANT.

LOUIS LANGHEINZ, RESPONDENT, v. WILLIAM T. KALTEN-
BACH, SUPERINTENDENT OF BUILDINGS OF THE
CITY OF ELIZABETH, APPELLANT.

Argued November 2, 1925—Decided February 1, 1926.

For the appellant, *Joseph T. Hague* and *Spaulding Frazer.*

For the respondents, *Stamler, Stamler & Koestler.*

PER CURIAM.

These are appeals from judgments of the Supreme Court,
overruling demurrers to alternative writs of *mandamus* and
awarding peremptory writs.

The same questions are raised as in *Lutz et al.* v. *Kalten-
bach, post, p.* 718, of the present term of this court, and
the conclusions reached therein are applicable and controlling
herein.

The judgments below are affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, VAN
BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.